UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff  ) <br> ) <br> vs.  ) <br> ) <br> Arnulfo Macias-Garcia ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mJ8105 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 882 014 |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / <u>Order of Court</u>).

Roberto Hernandez-Ochoa
05962-298 @ ICJ

DATED: 2/19/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  _Jenoja Alvarez Romero_

Deputy Clerk