PROOF OF SERVICE BY MAIL OR HAND DELIVERY

Case Name:    U.S. v. Tapetillo-Ramirez
No.:    08-cr 4026-JLS

   I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is that of 1400 Sixth Ave., Suite #210, San Diego, California 92101

I am not a party to the above-entitled action. I have cause service of Defendant's Motion for Discovery by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies them:

Caroline Hahn
Assistant United States Attorney

Executed on March 19, 2008 at San Diego, California.

   I declare under penalty of perjury that the above is true and correct.

                                             /s/   Russell S. Babcock
                                               Russell S. Babcock