# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER _08 CR 0426 JLS_ |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. _05958298_ |
| Manuel De Jesus Tapetillo-Ramirez ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _4/4/08_ the Court entered the following order:

(✱) ✓ _____ Defendant be released from custody. _As to this case Only._

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed. _(oral mot of Govt)_

_____ Defendant to be released to Pretrial Services for electronic monitoring.

(✱) ✓ Other. _Dft pending in Criminal Case # 08 CR 893_

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.    Clerk
by
Deputy Clerk

Received _____ DUSM

Crim-9    (Rev 6-95)

✱ U.S. GPO: 1996-783-398/40151

CLERKS' COPY