FILED
08 APR 10 AM 11:05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR -8 AM 11:58

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

MANUEL DE JESUS TAPETILLO-RAMIREZ,

         Defendant.

CASE NO. 08CR0426-JLS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/04/08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 4/8/08

United States Marshal

By: _____
USMS Criminal Section